08-422

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Hillard M. Winn_   SBI#: _152383_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _6/30/08_

---

Attached are copies of your inmate account statement for the months of _January 1, 2008_ to _June 30, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | .00 |
| Feb | .00 |
| Mar | .00 |
| Apr | .00 |
| May | .00 |
| June | .00 |

Average daily balances/6 months: _.00_

Attachments
CC: File

_Mercedes Vallen_
6/30/08

_Jeanette L. Hart_
6/30/08

# Individual Statement
## From January 2008 to June 2008

Date Printed: 6/30/2008     Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00152383 | WINN | HILLARD | M | | Beginning Month Balance: | $0.00 |
| Current Location: | 19 | | | Comments: | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.99) | $0.00 | 548242 | | 1/6/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 556354 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 559431 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($1.48) | $0.00 | 559433 | | 2/7/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 559438 | | 2/7/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 560222 | | 1/27/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 560310 | | 1/31/08 | |
| Supplies-MailPosta | 2/22/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 560402 | | INDIGENT 1/8/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 563053 | | 2/1/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 568719 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 570067 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 570097 | | 2/17/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 570149 | | 2/17/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 570150 | | 2/17/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.97) | $0.00 | 573763 | | 3/2/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 575048 | | 3/6/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($1.99) | $0.00 | 575082 | | 3/5/08 | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 575156 | | 3/3/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 580003 | | 3/9/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580238 | | 3/10/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 581454 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($5.05) | $0.00 | 597059 | | 4/10 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($5.05) | $0.00 | 597063 | | 4/10/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($5.05) | $0.00 | 597064 | | 4/10/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 598133 | | 4/26/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 598134 | | 4/26/08 | |
| Supplies-MailPosta | 5/22/2008 | $0.00 | $0.00 | ($4.18) | $0.00 | 607577 | | INDIGENT 5/12/08 | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 614118 | | 6/3/08 | |
| Supplies-MailPosta | 6/6/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 614121 | | 6/3/08 | |
| Supplies-MailPosta | 6/13/2008 | $0.00 | $0.00 | ($4.24) | $0.00 | 617578 | | INDIGENT 6/10/08 | |

# Individual Statement
## From January 2008 to June 2008

Date Printed: 6/30/2008 — Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00152383 | WINN | HILLARD | M | | Beginning Month Balance: | $0.00 |
| Current Location: 19 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($16.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($250.53)