Mr. Hillard M. Winn
SBI. 152383  SHU A
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

08-422

July 2, 2008

Clerk of the Court
United States District Court - Delaware
844 King Street, Lockbox 18
Wilmington, Delaware 19801

Re: Hillard M. Winn v. Terry Phelps - Warden
Habeas Corpus Petition

Dear Clerk,

Enclosed please find the original and one (1) copy of Petition and supporting papers for the Court and one (1) copy for respondant. Please forward notice of acception to me please.  Thank you.

Mr. Hillard M. Winn