Mr. Hillard M. Winn
SBI. 152383 Bldg. 21 #
James T. Vaughn Correctional Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

08-422



July 24, 2008

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Hillard M. Winn v. Perry Phelps, Civil Action No. 08-422-GMS / Motion For Release Pending Habeas Corpus Review.

Hello Clerk,

On or about July 7, 2008, I filed a Motion for Release Pending Habeas Corpus Review in this Court, in the above Captioned Matter. To date, I have not received acknowledgement from the Court of reception of this motion. Because of the unreliable mail system here I do not feel safe with assuming that the motion arrived. Please let me know if it was received and docketed or not. Thank you for your time and assistance.

Mr. Hillard M. Winn

I/M Ate Hillward M Winn
SBI# 133353    UNIT SHU 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.

UNITED STATES POSTAGE
$ 00.42⁰
MAILED FROM ZIPCODE