Mr. Hillard M. Winn
SBI. 152383 MHU 21
James T. Vaughn Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977



Aug. 2, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570



RE: Winn v. Phelps et al, 1:08-CV-422-GMS
    Request for Prompt Consideration

Your Honorable Sleet,

   First, I wish to express my sincere respect for the overwhelming duties of this Court in light of the vacant judgeship. However, the weight of a manifest injustice compels me to seek your expeditious attention to these matters To at least decide my motion for release pending Habeas Corpus review.

   Your Honor, To date I have I have been incarcerated for two (2) years and five (5) months for crimes that the facts establish never accurred and a conviction based on offenses never charged by the grand jury.

   Your Honor, I beg of you to please review my motion

for bond and or this case. The facts will establish my actual innocense as well as my legal innocense.

My liberty has been taken from me without due justice. There was never an appropriate complaint made against me. The one filed by the officer in support of the offenses in which I was charged and later indicted was a result of false allegations made by the officer. And after I ~~successfully~~ successfully defended myself against those false allegations the state moved the court to change the elements of the indictment to the point that the conviction rest on a materially different offense than returned by the grand jury and illegal theory's for conviction as well as a instruction that required proof on less than all the elements necessary to state a offense.

Your Honor, not only has my United States Constitutional rights been violated but, I'am truly a innocent man. Please release me.

Sincerely, L. Hillard M. Winn

I/M Mr. Hillard M. Winn
SB# 152383    UNIT MHU 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Gregory M. Sleet
United States District Court
844 N. King st. Lock box 18
Wilmington, Delaware
19801-3570