D.I. # _____

# CIVIL ACTION NUMBER: 08CV422 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7007 1490 0001 3731 8403

Postage: $ 5.20
Certified Fee: 2.65
Return Receipt Fee
(Endorsement Required): 2.15
Restricted Delivery Fee
(Endorsement Required):

Total Postage & Fees: $ 10.10

Sent To: LOREN MEYERS
         DEPUTY ATTORNEY GENERAL
Street, Apt. No.;
or PO Box No. DEPARTMENT OF JUSTICE
City, State, ZIP+4 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, August 2006    See Reverse for Instructions

[Postmark: RODNEY SQ STA WILMINGTON DE 19801 AUG 29]