D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 08CV422 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 5.20 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.10 |

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, AUG 29, USPS

Sent To: **WARDEN PERRY PHELPS**
Street, Apt. No.; or PO Box No.: **JAMES T. VAUGHN CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
City, State, ZIP+4: **SMYRNA, DE 19977**

7007 1490 0001 3721 8410

PS Form 3800, August 2006     See Reverse for Instructions